IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JEAN M. CHAMPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-3039-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court reverses the Administrative Law Judge decision and remands this case to the Commissioner for calculation and award of benefits to the Plaintiff.

Dated: May 21, 2007          PRIDGEN J. WATKINS_____
                             Clerk

                             ____/s/ des_____
                             (By) Deputy Clerk